**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                     CASE NO: 8:06-cr-443-T-26MAP

JEREMY J. TREBBLES
#49028-018
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report, as well as the parties' responses to that report (Dkts. 56 and 57), the Court finds and concludes that Defendant is not eligible for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

**DONE AND ORDERED** at Tampa, Florida, on April 8, 2008.

                                   s/*Richard A. Lazzara*
                                   **RICHARD A. LAZZARA**
                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant