UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                          CASE NO: 8:06-cr-443-T-26MAP

JEREMY J. TREBBLES, #49028-018
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

1) The parties' Joint Motion for a Sentence Reduction [Dkt. 81] is granted.

2) The Court finds that Defendant is eligible and suitable for a reduction in his base offense level pursuant to Amendments 706, 711, and 715 of the United States Sentencing Guidelines.

3) The Court hereby reduces Defendant's sentence as to Count Two from a period of 84 months to a period of 70 months, or time-served, whichever is greater. See USSG § 1B1.10(b)(2)(C).

4) The Judgment in a Criminal Case [Dkt. 41] is amended to reflect this reduction.

**DONE AND ORDERED** at Tampa, Florida, on June 9, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant
U.S. Probation
U.S. Marshal
Bureau of Prisons